IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| Monica A. Sapp, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-6085-CV-SJ-JTM |
| | ) |
| Thomas J. Vilsack, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's request for an extension of time to file a proposed scheduling order and for reconsideration of this Court's denial of the appointment of counsel. For the same reasons as those set forth in the October 14, 2011 ORDER [Doc 4], plaintiff's request for appointment of counsel is **DENIED**. Nevertheless, plaintiff's request for an extension of time to file a proposed scheduling order is **GRANTED**. The parties shall have up to and including May 14, 2012 to file a joint proposed scheduling order pursuant to the guidelines set forth in the January 18, 2012 ORDER [Doc 11]. Plaintiff's further discussion of specific evidence and request that the Court "find in favor of my civil suit" is premature and not yet ripe for consideration.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ John T. Maughmer*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　 **JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　　　　　 **U. S. MAGISTRATE JUDGE**